WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2004-HE8, Mortgage Pass-Through Certificates, Series 2004-HE8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2004-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE8,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01606-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 13-15]**<br><br>**[First Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2004-HE8, Mortgage Pass-Through Certificates, Series 2004-HE8 ("Deutsche Bank"), Defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity

Agency"), and Specially-Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 28, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-820307-C;
2. On August 30, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On September 21, 2020, FNTIC filed a Motion to Dismiss [ECF No. 13];
4. On September 21, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 14];
5. On September 21, 2020, FNTG filed a Motion to Dismiss [ECF No. 15];
6. Deutsche Bank's deadline to respond to all pending Motions to Dismiss is currently October 5, 2020;
7. Deutsche Bank's counsel is requesting an extension until Wednesday, November 4, 2020, to file its response to all pending Motions to Dismiss;
8. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the Motions;
9. Counsel for FNTIC, Fidelity Agency and FNTG does not oppose the requested extension;

///

///

///

///

///

///

///

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 25th day of September, 2020. | DATED this 25th of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2004-HE8, Mortgage Pass-Through Certificates, Series 2004-HE8* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this <u>28th</u> day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE