# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>    Defendants | Case No.: 2:20-cv-01606-APG-BNW<br><br>**Order Granting Motion to Stay Briefing, Denying as Moot Motion to Extend Time, and Granting Motion for Leave to File Supplemental Authorities**<br><br>[ECF Nos. 23, 25, 26] |

Plaintiff Deutsche Bank National Trust Company moves to stay the briefing on the defendants' motions to dismiss until after I resolve Deutsche's motion to remand. Alternatively, Deutsche seeks to extend time to file its responses. Deutsche also moves for leave to file supplemental authorities in support of its motion to remand.

I ORDER that plaintiff Deutsche Bank National Trust Company's motion to stay briefing on the motions to dismiss **(ECF No. 23) is GRANTED**. The briefing on the motions to dismiss is stayed until I resolve the motion to remand.

I FURTHER ORDER that plaintiff Deutsche Bank National Trust Company's motion to extend time **(ECF No. 26) is DENIED as moot**.

I FURTHER ORDER that plaintiff Deutsche Bank National Trust Company's motion for leave to file supplemental authorities **(ECF No. 25) is GRANTED**.

DATED this 20th day of November, 2020.

                                                      ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE